**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-2042**

_____

JOHN D. BLACK,

Plaintiff - Appellant,

and

LA ONIKI, INCORPORATED,

Plaintiff,

versus

THE CITY OF NEWARK OF THE COUNTY OF ESSEX, a
municipal corporation of the State of New Jer-
sey; RICHARD L. GRUBER; JAMES SHARPE, Mayor,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. W. Earl Britt, Senior District
Judge.  (CA-98-696-5-BR)

_____

Submitted:  December 14, 2000      Decided:  December 21, 2000

_____

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John D. Black, Appellant Pro Se.  China Ladner, CITY OF NEWARK
DEPARTMENT OF LAW, Newark, New Jersey, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John D. Black appeals the district court's order denying his motion to dismiss the judgment entered in his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Black v. City of Newark, No. CA-98-696-5-BR (E.D.N.C. July 25, 2000). We deny Black's motions for appointment of counsel and a jury trial. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED